# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-1604 ODW(VBKx) | Date | April 27, 2011 |
|---|---|---|---|
| Title | Speculative Product Design, Inc. v. Hing Tsang et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Wednesday, May 11, 2011** why this action should not be dismissed for lack of prosecution as to defendant Hing Tsang. Default against defendant Hing Tsang was entered by the Clerk on April 22, 2011 [10].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

### 1. Plaintiff's filing of a noticed motion for entry of default judgment.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

:   00

Initials of Preparer   RGN